United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 95-3582

_____

Adrian B. Tisdale,         *
                             *

     Appellant,      *
                             *

  v.                * Appeal from the United States

                       * District Court for the

L a r r y Norris, Director, Arkansas     *

    Eastern District of Arkansas.

Department of Correction,  *

                          * [UNPUBLISHED]

     Appellee.       *

_____

Submitted: May 30, 1997
          Filed: June 4, 1997

_____

Before BOWMAN, WOLLMAN and BEAM, Circuit Judges.

_____

PER CURIAM.

    Adrian B. Tisdale, an Arkansas state prisoner, appeals the district court's[1] denial of his 28 U.S.C. § 2254 petition. After carefully reviewing the record before us and the parties' briefs, we conclude the judgment of the district court was correct and affirm for the reasons stated in the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

A true copy.

Attest:

          CLERK,  U.  S.  COURT  OF  APPEALS,  EIGHTH
CIRCUIT.